03-14-0078!
633
THIRD COURT OF APPE
AUSTIN, TE
8/3/2015 2:40:0:
JEFFREY D. I
CL

# COPELAND LAW FIRM

### P.O. Box 399
### Cedar Park, Texas 78613
### 512.219.8930 (phone/fax)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 2:40:02 PM
JEFFREY D. KYLE
Clerk

**TIM COPELAND***

*(512) 897-8196 mobile/text*
*tcopeland14@yahoo.com*

***Board Certified - Oil, Gas & Mineral Law*
*Texas Board of Legal Specialization*

**ERIKA COPELAND****

*(512) 897-8126 mobile/text*
*ecopeland63@yahoo.com*

****Of Counsel*

August 3, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711
Via e-filing

03-14-00791-CR

Re:     Cause Nos. 03-14-00789-CR; 03-14-00790-CR; 03-15-00791-CR;
        (Trial Court Nos. B-13-0883-SB; B-14-0650-SA; B-14-0994-SB (Bell County)
        *George Henry Walker* v. *The State of Texas*

Dear Mr. Kyle:

Please be advised that I have complied with Rule 48.4 with regard to giving notification of the Court's opinions in these cases to the above-referenced client as well as advised him of his rights with regard to the filing of petitions for discretionary review-- as shown by the enclosed copy of the certified mailing receipt for same.

Very truly yours,

/s/Erika Copeland

Erika Copeland

EC:aw

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

BELTON TX 76513

| Certified Mail Fee | $3.45 |
|---|---|

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____

Postage    $0.49

Total Postage and Fees    $

CEDAR PARK POST OFFICE
Postmark Here
JUL 30 2015
07/30/2015
CEDAR PARK TX 78613

Sent To: TDCJ No 01967148 Middleton Trans Unit
Street and Apt. No., or PO Box No. 13055 FM 3522
City, State, ZIP+4® Abilene TX 79601

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions